IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

VINCENT E. HARRELL,

                Plaintiff,

v.                                                        ORDER

JEANNE ZWIERS, ALSTEEN, PAUL HITT, CO           16-cv-407-jdp
FONDER, JOSE REYES and MICHAEL SCHISEL,

                Defendants.

---

On October 13, 2017, defendants Jeanne Zwiers, Alsteen, Paul Hitt, CO Fonder, Jose Reyes and Michael Schisel moved for summary judgment on pro se plaintiff Vincent Harrell's claims against them in this case. Harrell's opposition materials were due on November 13, 2017, but he failed to respond to defendants' motion or communicate with the court in any way. On February 15, 2018, I gave plaintiff until March 8, 2018 to file a response to defendants' motion for summary judgment and warned plaintiff that his case would be dismissed for failure to prosecute if he did not respond. Dkt. 42. Harrell's new deadline has passed, and the court has received nothing from him. Accordingly, I am dismissing this case with prejudice for Harrell's failure to prosecute it. *See James v. McDonald's Corp.*, 417 F.3d 672, 681 (7th Cir. 2005) ("A district court has the authority under Federal Rule of Civil Procedure 41(b) to enter a sua sponte order of dismissal for lack of prosecution.")

ORDER

IT IS ORDERED that plaintiff Vincent E. Harrell's claims are DISMISSED with prejudice for his failure to prosecute the lawsuit. The clerk of court is directed to enter judgment for defendants and close this case.

Entered March 29, 2018.

BY THE COURT:

/s/
_____
JAMES D. PETERSON
District Judge