IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

VINCENT E. HARRELL,

    Plaintiff,

v.

DEIRDRE MORGAN, MICHAEL BAENEN, SARAH COOPER, D. REIMER, JEANNE ZWIERS, CURT, LANCOR, ALSTEEN, STEVENS, EISCH, FONDER, NABBERFELD, PAUL HITT, JOSE REYES and MICHAEL SCHISEL,

    Defendants.

JUDGMENT IN A CIVIL CASE

16-cv-407-jdp

---

    This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case with prejudice.

| /s/ | 3/29/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |